**DISMISSED and Opinion Filed July 2, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01364-CV

### MUAMAR ANANI, HANADI ANANI, BIG D CONCRETE, INC., AND ANANI, LLC, Appellants
### V.
### JOSEPH ABUZAID, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09866-D**

## MEMORANDUM OPINION

Before Justices Schenck and Carlyle[1]
Opinion by Justice Schenck

By order dated June 4, 2021 we reinstated this appeal. In that order, we advised the parties that orders on both appellants' motion for rehearing and appellees' motion for an extension of time to file a motion for rehearing would issue in due course.

---

[1] The Honorable Justice Cory L. Carlyle succeeded the Honorable Douglas Lang, a member of the original panel. The Honorable Robert Filmore was on the panel at the time of original submission of this case. Justice Fillmore has since retired. This opinion issues pursuant to Rule 41.1(b) of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 41.1(b).

On June 11, 2021, appellants filed an Agreed Motion to Dismiss Appeal advising the Court that they reached a settlement with the bankruptcy trustee by which Anani, LLC purchased Joseph Abuzaid's judgment. Appellants further advise the Court that they conferred with counsel for Joseph Abuzaid and he does not oppose dismissal of this appeal.

We grant appellants' motion to dismiss, withdraw this Court's opinion of June 7, 2018 and vacate this Court's judgment of June 7, 2018 and dismiss this appeal.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

161364F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

MUAMAR ANANI, HANADI
ANANI, BIG D CONCRETE, INC.,
AND ANANI, LLC, Appellants

No. 05-16-01364-CV      V.


JOSEPH ABUZAID, Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-09866-D.

Opinion delivered by Justice
Schenck. Justice Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

We **ORDER** that each party bear its own costs of this appeal.


Judgment entered this 2nd day of July 2021.